,

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS GORDON KJELDERGAARD,<br><br>             Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>             Defendants. | No.  2:23-cv-2013 CKD P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

On October 17, 2023, plaintiff's complaint was dismissed with leave to amend within 30 days. Plaintiff was warned that failure to comply with the court's October 17, 2023, order would result in dismissal. Plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kjel2013.fta

2